United States District Court
Southern District of Texas
**ENTERED**
July 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-271 |
| | § | |
| DIMITRIOS PAGOURTZIS, *et al*, | § § § | |
| Defendants. | § | |

## **ORDER**

The Court has considered the request for a pre-motion conference filed by the plaintiffs (Dkt. 22) and finds that, under the circumstances of this case, the requested pre-motion conference is not necessary at this time. Therefore, the Court **GRANTS** the plaintiffs' request to file a motion for summary judgment as set out in docket entry 22 within the deadlines set out in the governing docket control order.

SIGNED at Galveston, Texas, this 22nd day of July, 2019.

_____
George C. Hanks Jr.
United States District Judge